IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Ja'Garrian Horton,          )<br>                             )<br>          Plaintiff,     )<br>                             )<br>     vs.                    )<br>                             )<br>Mr. Eagleton; Mr. Sellers; and Mr.  )<br>West,                       )<br>                             )<br>          Defendants.    )<br>_____) | Civil Action No. 6:14-2070-RMG<br><br><br><br><br><br><br>**ORDER** |

This matter comes before the Court on a Report and Recommendation ("R & R") from the Magistrate Judge recommending that this action be dismissed without prejudice and without service of process. (Dkt. No. 15). Plaintiff was advised that any written objections to the R & R must be made within 14 days of the service of the R & R. (*Id.* at 4). Plaintiff was further advised that in the absence of timely written objections this Court would provide limited "clear error" review and Plaintiff would waive his right to appeal the judgment of the District Court. (*Id.*). No timely written objections were made.

The Court has reviewed the R & R, the pleading in this matter and the relevant legal authorities. The Court finds that the Magistrate Judge ably and properly summarized the factual and legal issues and appropriately recommended that the action should be dismissed without prejudice and without service of process. These findings and recommendations were made after due consideration by the Magistrate Judge that Plaintiff is self-representing and is entitled to a liberal standard for the review of his pleading. (*Id.* at 2). Therefore, the Court adopts the R & R

-1-

-2-

as the order of this Court and hereby dismisses this action without prejudice and without service of process.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Court

Charleston, South Carolina
September 24, 2014